

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2018

No. 04-17-00568-CR

The **STATE** of Texas,
Appellant

v.

Martin Rivera **LOPEZ**,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 549327
Honorable Genie Wright, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice

Because the panel has issued a different opinion, the motion for en banc reconsideration is DENIED AS MOOT.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2018.



KEITH E. HOTTLE,
Clerk of Court